```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 06343
   LAKESHIA L LEWIS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1525


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/18/2008 and was not confirmed.

     The case was dismissed without confirmation 04/10/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
WELLS FARGO BANK      NOTICE ONLY    NOT FILED            .00           .00
PRO SE DEBTOR         DEBTOR ATTY         .00                           .00
TOM VAUGHN            TRUSTEE                                           .00
DEBTOR REFUND         REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------      --------------
TOTALS                         .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/24/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```